Form B1, Exh.A (9/97)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *M & Z Valley Associates, LLC,*
    *a California limited liability company*

Case No.

Chapter  *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets                 $    *10,502,053.98*
   b. Total debts (including debts listed in 2.c., below)  $    *8,072,577.77*

   c. Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

   d. Number of shares of preferred stock
   e. Number of shares of common stock

      Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re   M & Z Valley Associates, LLC                          Case No.
        a *California limited liability company*              Chapter  11

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Lucia Parks, General Partner of Parks Diversified, L.P., a member of the Debtor named herein declare that on December 10, 2009, the following resolution was duly adopted by the Members of this Limited Liability Company.

"WHEREAS, it is in the best interests of this company    to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

"NOW, THEREFORE, BE IT RESOLVED, that Lucia Parks, General Partner, of Parks Diversified, L.P., member of company    , be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the company  ; and

"BE IT FURTHER RESOLVED, that Lucia Parks, General Partner, of Parks Diversified, L.P., member of company, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the company    in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Lucia Parks, General Partner, of Parks Diversified, L.P., member of company, be and hereby is, authorized and directed to employ Richard A. Marshack, Esq., Attorney and the law firm of Marshack Hays LLP, to represent the Debtor  '    in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Lucia Parks, General Partner, of Parks Diversified, L.P., member of company named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____        Signature _____

                                    Lucia Parks, General Partner, of Parks Diversified, LP, a
                                    Member of the Debtor

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard A. Marshack, Esq.<br>Marshack Hays LLP<br>5410 Trabuco Road        Suite 130<br>Irvine , CA  92620<br>949.333.7777        949.333.7778        107291<br>☒ *Attorney for:* M&Z Valley Associates, LLC | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: M & Z Valley Associates, LLC, a California limited liability company | CASE NO.: |
|---|---|
| Debtor(s), | ADV. NO.: |
| Plaintiff(s), | CHAPTER: 11 |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___Lucia Parks_____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒  I am the president or other officer or an authorized agent of the debtor corporation

☐  I am a party to an adversary proceeding

☐  I am a party to a contested matter

☐  I am the attorney for the debtor corporation

2. a.  ☒  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*
Centrium Associates, LLC  (50%)
Parks Diversified LP (50%)

b.    ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____        1/28/2010
Signature of Attorney or Declarant        Date

Lucia Parks, General Partner, Parks Diversified, L.P., Member
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Santa Ana DIVISION

In re  *M & Z Valley Associates, LLC*
    *a California limited liability company*

                        Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Doucet & Associates<br>74901 B West Hwy. 71<br>Suite 160<br>Austin TX  78735 | Phone:<br>Doucet & Associates<br>74901 B West Hwy. 71<br>Suite 160<br>Austin TX  78735 | | | $ 37,173.20 |
| 2<br>Foothill Associates<br>590 Menlo Drive<br>Suite 1<br>Rocklin CA  95765 | Phone:<br>Foothill Associates<br>590 Menlo Drive<br>Suite 1<br>Rocklin CA  95765 | | | $ 31,218.87 |
| 3<br>Rutan & Tucker<br>611 Anton Blvd., 14th Fl<br>Elverta CA  95626 | Phone:<br>Rutan & Tucker<br>611 Anton Blvd., 14th Fl<br>Elverta CA  95626 | | | $ 25,244.27 |
| 4<br>Logan Retoske<br>31351 Rancho Viejo Rd.<br>Trabuco Canyon CA  92678 | Phone:<br>Logan Retoske<br>31351 Rancho Viejo Rd.<br>Trabuco Canyon CA  92678 | | | $ 7,814.42 |
| 5<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento CA  94240-0040 | Phone:<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento CA  94240-0040 | State income taxes | | $ 800.00 |

Page  1

B4 (Official Form 4) (12/07)

_____ Debtor(s) _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Pierce Cooley Architects<br>17280 Red Hill Avenue<br>Irvine CA  92614 | Phone:<br>Pierce Cooley Architects<br>17280 Red Hill Avenue<br>Irvine CA  92614 | Mechanics Lien<br><br>*Value:<br>Net Unsecured:<br>*Prior Liens Exist | | $ 16,006.20<br><br>$ 10,500,000.00<br>$ 0.00 |
| 7<br>IRS<br>Special Procedures<br>P.O. Box 30213<br>Laguna Niguel CA  92677 | Phone:<br>IRS<br>Special Procedures<br>P.O. Box 30213<br>Laguna Niguel CA  92677 | Federal income taxes | | $ 0.00 |
| 8<br>Sacramento County Property Tax<br>700 H. Street<br>Room 1710<br>Sacramento CA  95814 | Phone:<br>Sacramento County Property Tax<br>700 H. Street<br>Room 1710<br>Sacramento CA  95814 | | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 320,572.81<br><br>$ 10,500,000.00<br>$ 0.00 |
| 9<br>United Commercial Bank<br>555 Montgomery Street<br>San Francisco CA  94111 | Phone:<br>United Commercial Bank<br>555 Montgomery Street<br>San Francisco CA  94111 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | $ 7,633,748.00<br><br>$ 10,500,000.00<br>$ 0.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A

I, _Lucia Parks, General Partner,_ Parks Diversified, L.P. ___, Member _____ of  M&Z Valley Associates, LLC  named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _1/28/2010_      Signature _____

Name: _Lucia Parks, General Partner,_ Park Diversified, L.P., Member

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *M & Z Valley Associates, LLC,*
   *a California limited liability company*

Case No.

Chapter **11**

_____ / Debtor

Attorney for Debtor: **Richard A. Marshack, Esq.**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
| *1* | *Centrium Associates, LLC* | | *50%* |
| *2* | *Parks Diversified, L.P.*<br>*24532 Del Prado*<br>*Dana Point CA 92629* | | *50%* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A

I, *Lucia Parks, General Partner*, , Parks Diversified, L.P., Member _____ of M & Z Valley Associates, LLC _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: 01/28/2010 _____

Signature: _____

Name: *Lucia Parks, General Partner,*
Parks Diversified, L.P., Member

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br><br>Richard A. Marshack, Esq.<br>Marshack Hays LLP<br>5410 Trabuco Road          Suite 130          Irvine , CA  92620<br>Phone: 949.333.7777<br>FAX: 949.333.7778<br>California State Bar Number: 107291 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  M & Z Valley Associates, LLC, a California limited liabi | CHAPTER 11<br><br>CASE NUMBER: |
| Debtor | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## (Required by General Order 97-02)

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):
      24532 Del Prado, Dana Point, CA 92629

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
      24532 Del Prado, Dana Point, CA 92629

3.    Disclose the current business address(es) for all corporate officers:
      24532 Del Prado, Dana Point, CA 92629

4.    Disclose the current business address(es) where the Debtor's books and records are located:
      23532 Del Prado, Dana Point, CA 92629

---

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                    **VEN-C**

| In re: M & Z   Valley Associates, LLC, a California limited liability company | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   See attached Legal Description

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
   None

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

8. Total number of attached pages of supporting documentation: _4_

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __28th__ day of _____ January _____, 2010__, at __Orange__, California.

Lucia Parks, General Partner, Parks Diversified, L.P.
*Type Name of Officer*                                    M & Z Valley Associates, LLC

Member
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.                    **VEN-C**

## LEGAL DESCRIPTION

Real property in the City of  Galt, County of Sacramento, State of California, described as follows:

PARCEL 1:

All that portion of Lots 18, 21 and 22, together with Lots 19 and 20, all as shown on McCauley Addition to Galt, filed in Book 9 of Maps, Map No. 10, Official Records of Sacramento County, lying within the following described parcel:

Beginning at the Southeast corner of said Lot 5; thence form said point of beginning along the Northerly line of said Lots 9 and 8, North 89 deg. 54' 00" East 837.28 feet to the Northeast corner of said Lot 8; thence along the Easterly line of said Lots 8 and 20, South 00 deg. 12' 00" East 1320.01 feet to the Southeast corner of said Lot 20; thence along the Southerly line of said Lot 20, South 89 deg. 54' 00" West 257.20 feet; thence leaving said Southerly line, South 00 deg. 13' 03" East 609.01 feet; thence South 89 deg. 51' 27" West 155.15 feet to a 6" X 6" concrete monument marking the Easterly right of way line of State of California Highway Route 99; thence North 40 deg. 54' 44" West 446.30 feet to a similar monument; thence North 32 deg 12' 03" West 203.32 feet to a similar monument; thence North 28 deg. 20' 58" West 450.49 feet to a similar monument; thence North 26 deg. 03' 33" West 1207.56 feet to a similar monument; thence leaving said Easterly right of way line, North 61 deg. 32' 22" East 149.22 feet; thence North 73 deg. 11' 51" East 164.15 feet; thence South 89 deg. 57' 16" East 95.00 feet to a point in the Westerly line of said Lot 5; thence along said Westerly line, North 00 deg. 02' 44" East 317.05 feet; thence leaving said Westerly line, South 89 deg. 59' 22" East 329.90 feet to a point in the Easterly line of said Lot 5; thence along said Easterly line, South 00 deg. 02' 04" West 497.69 feet to the point of beginning.

TOGETHER WITH all that portion of Palm Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue, as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8 of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN:  150-0082-018-0000

*First American Title*

9/17/2004 1:50   PAGE 011/021   Fax Server

Order Number: 3401-971753
Page Number: 10

PARCEL 2:

Lots 5, 8, 9 and 10, as shown on the "Plat of McCauley Addition in Galt", recorded in Book 9 of Maps, Map No. 10, Recorder of said County.

EXCEPTING THEREFROM the North 143 feet of said Lot 5.

TOGETHER WITH all that portion of Palm Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue, as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8 of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN: 150-0082-023-0000

PARCEL 3:

All that portion of Lots 3, 4, 5, 8, 9, 10, 11, 12, 18, 19, 20, 21 and 22, as shown on the "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, RSC, described as follows:

Beginning at the Southeast corner of said Lot 5; thence from said point of beginning along the Northerly line of said Lots 9 and 8, North 89 degrees 54 minutes 00 seconds East 837.28 feet to the Northeast corner of said Lot 8; thence along the Easterly line of said Lots 8 and 20, South 00 degrees 12 minutes 00 seconds East 1320.01 feet to the Southeast corner of said Lot 20; thence along the Southerly line of said Lot 20, South 89 degrees 54 minutes 00 seconds West 257.20 feet; thence leaving said Southerly line, South 00 degrees 13 minutes 03 seconds East 609.01 feet; thence South 89 degrees 51 minutes 27 seconds West 155.15 feet to a 6" x 6" concrete monument marking the Easterly right of way line of State of California Highway Route 99; thence North 40 degrees 54 minutes 44 seconds West 446.30 feet to a similar monument; thence North 32 degrees 12 minutes 03 seconds West 203.32 feet to a similar monument; thence North 28 degrees 20 minutes 58 seconds West 450.49 feet to a similar monument; thence North 26 degrees 03 minutes 33 seconds West 1207.56 feet to a similar monument; thence leaving said Easterly right of way line North 61 degrees 32 minutes 22 seconds East 149.22 feet; thence North 73 degrees 11 minutes 51 seconds East 164.15 feet; thence South 89 degrees 57 minutes 16 seconds East 95.00 feet to a point in the Westerly line of said Lot 5 thence along said Westerly line, North 00 degrees 02 minutes 44 seconds East 317.05 feet; thence leaving said

*First American Title*

Westerly line, South 89 degrees 59 minutes 22 seconds East 329.90 feet to a point in the Easterly line of said Lot 5; thence along said Easterly line, South 00 degrees 02 minutes 04 seconds West 497.69 feet to the point of beginning

Together with all that portion of Palm Avenue as shown on the official plat of "McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the property described in the deed to the State of California recorded in Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue as shown on the official plat of "McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the property described in the deed to the State of California recorded in Book 2715, page 1, Official Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8 of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16 of Official Records, page 891.

APN: 150-0361-002-0000

PARCEL 4:

All that portion of Lots 3 and 4, as shown on McCauley Addition to Galt, filed in Book 9 of Maps, Map No. 10, Official Records of Sacramento County, described as follows:

Beginning at the Northeast corner of said Lot 4; thence from said point of beginning along the Easterly line of said Lot 4, South 00 degrees 02 minutes 44 seconds West 485.00 feet; thence leaving said Easterly line, North 89 degrees 57 minutes 16 seconds West 95.00 feet; thence South 73 degrees 11 minutes 51 seconds West 164.15 feet; thence South 61 degrees 32 minutes 02 seconds West 149.22 feet to a 6" x 6" concrete monument marking the Easterly right of way line of the State of California Highway Route 99; thence North 22 degrees 14 minutes 33 seconds West 448.71 feet to a similar monument; thence North 23 degrees 50 minutes 37 seconds East 144.11 feet to a similar monument; thence North 81 degrees 00 minutes 21 seconds East 167.15 feet to a similar monument, said point also being in the Westerly line of said Lot 4; thence along said Westerly line, North 00 degrees 03 minutes 33 seconds West 30.28 feet to the Northwest corner of said Lot 4; thence along the Northerly line of said Lot 4, South 89 degrees 59 minutes 22 seconds East 330.23 feet to the point of beginning.

Together with all that portion of Palm Avenue as shown on the official plat of "McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the property described in the deed to the State of California recorded in

*First American Title*

9/17/2004 1:50    PAGE 013/021    Fax Server

Order Number: 3401-971753
Page Number: 12

Book 2715, page 1, Official Records, title to which would pass with a conveyance of said lots.

EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN: 150-0133-003-0000

*First American Title*

CDC Local Rule 1015-2 (Rev. 6/98) West Group, Rochester, NY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).) North Valley Mall, LLC, SA 8:09-bk-18346-TA. Only connection between North Valley Mall, LLC and M&Z Valley Associates, LLC is that the members/owners are the same; Parks Diversified, L.P. and Centrium Associates, LLC. (Neither Parks Diversified nor Centrium Associates have ever filed a petition under the Bankruptcy Code.)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Orange Co._ , California.

Dated _1/28/10_

Debtor: M & Z *Valley Associates, LLC*
   *Lucia Parks, General Partner, Parks Diversified,*
   L.P., Member

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re *M & Z Valley Associates, LLC,*
    *a California limited liability company*

Case No.
Chapter  **11**

_____ , _____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $  10,500,000.00 | | |
| B-Personal Property | Yes | 3 | $  2,053.98 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $  7,970,327.01 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $  800.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $  101,450.76 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $  0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $  0.00 |
| TOTAL | | 10 | $  10,502,053.98 | $  8,072,577.77 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *M & Z Valley Associates, LLC,*
   *a California limited liability company*

Case No.

Chapter  **11**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re M & Z *Valley Associates, LLC* _____ ,     Case No. _____
                    Debtor(s)                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Land - Undeveloped, commercial retail property located in Galt, CA*<br><br>*(Legal Description Attached)* | Co-tenancy | | $ *10,500,000.00* (Unknown - no less than $10,500,000.) | $ *7,970,327.01* |
| | | | | |

No continuation sheets attached        **TOTAL $** | *10,500,000.00*
(Report also on Summary of Schedules.)

## LEGAL DESCRIPTION

Real property in the City of Galt, County of Sacramento, State of California, described as follows:

PARCEL 1:

All that portion of Lots 18, 21 and 22, together with Lots 19 and 20, all as shown on McCauley Addition to Galt, filed in Book 9 of Maps, Map No. 10, Official Records of Sacramento County, lying within the following described parcel:

Beginning at the Southeast corner of said Lot 5; thence form said point of beginning along the Northerly line of said Lots 9 and 8, North 89 deg. 54' 00" East 837.28 feet to the Northeast corner of said Lot 8; thence along the Easterly line of said Lots 8 and 20, South 00 deg. 12' 00" East 1320.01 feet to the Southeast corner of said Lot 20; thence along the Southerly line of said Lot 20, South 89 deg. 54' 00" West 257.20 feet; thence leaving said Southerly line, South 00 deg. 13' 03" East 609.01 feet; thence South 89 deg. 51' 27" West 155.15 feet to a 6" X 6" concrete monument marking the Easterly right of way line of State of California Highway Route 99; thence North 40 deg. 54' 44" West 446.30 feet to a similar monument; thence North 32 deg 12' 03" West 203.32 feet to a similar monument; thence North 28 deg. 20' 58" West 450.49 feet to a similar monument; thence North 26 deg. 03' 33" West 1207.56 feet to a similar monument; thence leaving said Easterly right of way line, North 61 deg. 32' 22" East 149.22 feet; thence North 73 deg. 11' 51" East 164.15 feet; thence South 89 deg. 57' 16" East 95.00 feet to a point in the Westerly line of said Lot 5; thence along said Westerly line, North 00 deg. 02' 44" East 317.05 feet; thence leaving said Westerly line, South 89 deg. 59' 22" East 329.90 feet to a point in the Easterly line of said Lot 5; thence along said Easterly line, South 00 deg. 02' 04" West 497.69 feet to the point of beginning.

TOGETHER WITH all that portion of Palm Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue, as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8 of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN:  150-0082-018-0000

*First American Title*

9/17/2004 1:50    PAGE 011/021    Fax Server

Order Number: 3401-971753
Page Number: 10

PARCEL 2:

Lots 5, 8, 9 and 10, as shown on the "Plat of McCauley Addition in Galt", recorded in Book 9 of Maps, Map No. 10, Recorder of said County.

EXCEPTING THEREFROM the North 143 feet of said Lot 5.

TOGETHER WITH all that portion of Palm Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm Avenue, as shown on said plat of McCauley Addition to Galt, and bounded on the South by the Northeasterly line of the deed to the State of California described in the deed to the State of California, recorded in Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue, as shown on the official "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the property described in the deed to the State of California, recorded in Book 2715, page 1, Official Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8 of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN: 150-0082-023-0000

PARCEL 3:

All that portion of Lots 3, 4, 5, 8, 9, 10, 11, 12, 18, 19, 20, 21 and 22, as shown on the "Plat of McCauley Addition to Galt", recorded in Book 9 of Maps, Map No. 10, RSC, described as follows:

Beginning at the Southeast corner of said Lot 5; thence from said point of beginning along the Northerly line of said Lots 9 and 8, North 89 degrees 54 minutes 00 seconds East 837.28 feet to the Northeast corner of said Lot 8; thence along the Easterly line of said Lots 8 and 20, South 00 degrees 12 minutes 00 seconds East 1320.01 feet to the Southeast corner of said Lot 20; thence along the Southerly line of said Lot 20, South 89 degrees 54 minutes 00 seconds West 257.20 feet; thence leaving said Southerly line, South 00 degrees 13 minutes 03 seconds East 609.01 feet; thence South 89 degrees 51 minutes 27 seconds West 155.15 feet to a 6" x 6" concrete monument marking the Easterly right of way line of State of California Highway Route 99; thence North 40 degrees 54 minutes 44 seconds West 446.30 feet to a similar monument; thence North 32 degrees 12 minutes 03 seconds West 203.32 feet to a similar monument; thence North 28 degrees 20 minutes 58 seconds West 450.49 feet to a similar monument; thence North 26 degrees 03 minutes 33 seconds West 1207.56 feet to a similar monument; thence leaving said Easterly right of way line North 61 degrees 32 minutes 22 seconds East 149.22 feet; thence North 73 degrees 11 minutes 51 seconds East 164.15 feet; thence South 89 degrees 57 minutes 16 seconds East 95.00 feet to a point in the Westerly line of said Lot 5 thence along said Westerly line, North 00 degrees 02 minutes 44 seconds East 317.05 feet; thence leaving said

*First American Title*

Order Number: 3401-971753
Page Number: 11

Westerly line, South 89 degrees 59 minutes 22 seconds East 329.90 feet to a point in the
Easterly line of said Lot 5; thence along said Easterly line, South 00 degrees 02 minutes 04
seconds West 497.69 feet to the point of beginning

Together with all that portion of Palm Avenue as shown on the official plat of "McCauley Addition
to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as
follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm
Avenue as shown on said plat of McCauley Addition to Galt, and bounded on the South by the
Northeasterly line of the property described in the deed to the State of California recorded in
Book 2715, page 1, Official Records. Title to which would pass with a conveyance of said lots.

TOGETHER WITH all that portion of Locust Avenue as shown on the official plat of "McCauley
Addition to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County,
described as follows:

That portion of said Locust Avenue bounded on the West by the Northeasterly line of the
property described in the deed to the State of California recorded in Book 2715, page 1, Official
Records, and bounded on the East by the Southerly extension of the Easterly boundary of Lot 8
of said McCauley Addition to Galt. Title to which would pass with a conveyance of said lots.

ALSO EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying
below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings,
Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in
Book 9003-16 of Official Records, page 891.

APN: 150-0361-002-0000

PARCEL 4:

All that portion of Lots 3 and 4, as shown on McCauley Addition to Galt, filed in Book 9 of Maps,
Map No. 10, Official Records of Sacramento County, described as follows:

Beginning at the Northeast corner of said Lot 4; thence from said point of beginning along the
Easterly line of said Lot 4, South 00 degrees 02 minutes 44 seconds West 485.00 feet; thence
leaving said Easterly line, North 89 degrees 57 minutes 16 seconds West 95.00 feet; thence
South 73 degrees 11 minutes 51 seconds West 164.15 feet; thence South 61 degrees 32 minutes
02 seconds West 149.22 feet to a 6" x 6" concrete monument marking the Easterly right of way
line of the State of California Highway Route 99; thence North 22 degrees 14 minutes 33 seconds
West 448.71 feet to a similar monument; thence North 23 degrees 50 minutes 37 seconds East
144.11 feet to a similar monument; thence North 81 degrees 00 minutes 21 seconds East 167.15
feet to a similar monument, said point also being in the Westerly line of said Lot 4; thence along
said Westerly line, North 00 degrees 03 minutes 33 seconds West 30.28 feet to the Northwest
corner of said Lot 4; thence along the Northerly line of said Lot 4, South 89 degrees 59 minutes
22 seconds East 330.23 feet to the point of beginning.

Together with all that portion of Palm Avenue as shown on the official plat of "McCauley Addition
to Galt", recorded in Book 9 of Maps, Map No. 10, records of Sacramento County, described as
follows:

That portion of said Palm Avenue bounded on the North by the Southerly boundary of Elm
Avenue as shown on said plat of McCauley Addition to Galt, and bounded on the South by the
Northeasterly line of the property described in the deed to the State of California recorded in

*First American Title*

9/17/2004 1:50    PAGE 013/021    Fax Server

Order Number:  3401-971753
Page Number:  12

Book 2715, page 1, Official Records, title to which would pass with a conveyance of said lots.

EXCEPTING THEREFROM all oil, gas, mineral and other hydrocarbon substances lying below a depth of 500 feet below the surface of said land as granted to Commonwealth Holdings, Inc., a California Corporation in that certain Corporation Grant Deed recorded March 16, 1990 in Book 9003-16, page 891, Official Records.

APN: 150-0133-003-0000

*First American Title*

B6B (Official Form 6B) (12/07)

In re **M & Z Valley Associates, LLC** _____,      Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **California Bank & Trust** **32221 Camino Capistrano, #B103** **San Juan Capistrano, CA  92675** **Location: In debtor's possession** | | $ 0.00 |
| | | **Chase Bank** **31972 Camino Capistrano** **San Juan Capistrano, CA  92678** **Location: In debtor's possession** | | $ 53.98 |
| | | **Wells Fargo** **27250 Alicia Parkway** **Laguna Niguel, CA  92656** **Location: In debtor's possession** | | $ 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Page ___1___ of ___3___

B6B (Official Form 6B) (12/07)

In re __M & Z Valley Associates, LLC_____,    Case No. _____
                    Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |

B6B (Official Form 6B) (12/07)

In re __M & Z Valley Associates, LLC_____,     Case No. _____
          Debtor(s)                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $ 2,053.98 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _M & Z Valley Associates, LLC_ ,                                      Case No._____
                           **Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _11-0_  _Creditor # : 1_ _East West Bank_ _135 N. Los Robles Ave_ _7th Floor_ _Pasadena CA 91101_ | | _Deed of Trust_    Value: $ 10,500,000.00 | | | | $ 7,633,748.00 | $ 0.00 |
| Account No: _11-0_  Roger Yuen, Esq. Jung & Yuen 888 S. Figueroa Street, Ste 72 Los Angeles, CA 90017 | | For Notice Purposes Only.  Representing: East West Bank    Value: | | | | | |
| Account No:  United Commercial Bank 555 Montgomery St. San Francisco, CA 94111 | | For Notice Purposes Only. Loan transferred to East West Bank    Value: | | | | | |

| | | |
|---|---|---|
| _1_  continuation sheets attached | **Subtotal $** (Total of this page) | $ 7,633,748.00 | $ 0.00 |
| | **Total $** (Use only on last page) | | |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _M & Z Valley Associates, LLC_ ,                                          Case No. _____
                                _Debtor(s)_                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 2* *Pierce Cooley Architects* *17280 Red Hill Avenue* *Irvine CA 92614* | | *Mechanics Lien* *Land - Undeveloped, commercial retail property* Value: *$ 10,500,000.00* | | | | $ 16,006.20 | $ 0.00 |
| Account No: *Creditor # : 3* *Sacramento County Property Tax* *700 H. Street* *Room 1710* *Sacramento CA 95814* | | Value: *$ 10,500,000.00* | | | | $ 320,572.81 | $ 0.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 336,579.01 | $ 0.00 |
| Total $ (Use only on last page) | $ 7,970,327.01 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _M & Z Valley Associates, LLC_ _____,    Case No._____
                      **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           _1_    **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re <u>M & Z Valley Associates, LLC</u>                    ,    Case No._____
                **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento CA 94240-0040 | | | State income taxes<br>Business Form CA 568 | | | | $ 800.00 | $ 800.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>IRS<br>Special Procedures<br>P.O. Box 30213<br>Laguna Niguel CA 92677 | | | Federal income taxes<br>For Notice Purposes | | | | Unknown | $ 0.00 | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | 800.00 | 800.00 | 0.00 |
| Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 800.00 | | |
| Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 800.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _M & Z Valley Associates, LLC_____,     Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  *2001*  <br> *Creditor # : 1* <br> *Doucet & Associates* <br> *74901 B West Hwy. 71* <br> *Suite 160* <br> *Austin TX 78735* | | *12/10/2007* <br><br> *Trade Debt* | | | | *$ 37,173.20* |
| Account No:  <br> *Creditor # : 2* <br> *Foothill Associates* <br> *590 Menlo Drive* <br> *Suite 1* <br> *Rocklin CA 95765* | | *2/13/2008* <br><br> *Trade Debt* | | | | *$ 31,218.87* |
| Account No:  *2551*  <br> *Creditor # : 3* <br> *Logan Retoske* <br> *31351 Rancho Viejo Rd.* <br> *Trabuco Canyon CA 92678* | | *7/2009* <br><br> *Trade Debt* | | | | *$ 7,814.42* |
| Account No:  *0001*  <br> *Creditor # : 4* <br> *Rutan & Tucker* <br> *611 Anton Blvd., 14th Fl* <br> *Elverta CA 95626* | | *Trade Debt* | | | | *$ 25,244.27* |

No continuation sheets attached

|  | Subtotal $ | *$ 101,450.76* |
|---|---|---|
|  | Total $ | *$ 101,450.76* |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re **M & Z Valley Associates, LLC** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re __M & Z Valley Associates, LLC_____ / Debtor        Case No. _____

                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
|  |  |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re M & Z *Valley Associates, LLC,*
    *a California limited liability company* _____        Case No. _____
                                 Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A

                                         Parks Diversified, L.P.,
I, *Lucia Parks, General Partner,*    Member _____ of  M & Z Valley Associates, LLC
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of         **11**  sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: **1/28/2010** _____          Signature: _____

                                                    Name: *Lucia Parks, General Partner,*
                                                      *Parks Diversified,* L.P., Member

                  [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.